Sharon D. Cousineau
Samwel Cousineau, PC
700 West Evergreen Blvd.
Vancouver, WA 98660
Tel. 360-750-3789
Fax 360-750-3788
sdcousineau@gmail.com
REBECCA PRESTON

Taylor Kosla
Agruss Law Firm, LLC
4809 N. Ravenswood Ave, Suite 419
Chicago, IL 60640
Telephone: 312-224-4695
Fax: 312-253-4451
taylor@agrusslawfirm.com
REBECCA PRESTON

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| REBECCA PRESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:19-cv-48-AC |
| ) | |
| CHW GROUP, INC. d/b/a CHOICE HOME ) | |
| WARRANTY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

Plaintiff, REBECCA PRESTON, and Defendant, CHW GROUP, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: June 28, 2019

1

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
| By:/s/ *Taylor Kosla* \_\_\_\_ \_\_<br>Taylor Kosla<br>Agruss Law Firm, LLC<br>4809 N. Ravenswood Ave, Suite 419<br>Chicago, IL 60640<br>Tel: 312-224-4695<br>Fax: 312-253-4451<br>taylor@agrusslawfirm.com<br>Attorney for Plaintiff<br>*Admitted Pro Hac Vice* | By: /s/\_\_\_Paul Heeringa\_<br>A. Paul Heeringa<br>MANATT, PHELPS & PHILLIPS LLP<br>151 N. Franklin Street, Suite 2600<br>Chicago, Illinois 60606<br>Telephone: 312-529-6308<br>pheeringa@manatt.com<br>Attorney for Defendant<br>*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I certify that on June 28, 2019, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/   *Taylor Kosla*   _____
Taylor Kosla