IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

REBECCA PRESTON,                                               Case No. 3:19-cv-00048-AC

                Plaintiff,                                         JUDGMENT

v.

CHW GROUP, INC., doing business as
Choice Home Warranty,

                Defendant.

ACOSTA, Judge

      Based on the record, and the Stipulation of Dismissal filed by the parties on June 28, 2019, this action is DISMISSED, with prejudice and without fees or costs to either party. Any pending motions are dismissed at MOOT.

      IT IS SO ORDERED.

      DATED this 1st day of July, 2019.

                                                               JOHN V. ACOSTA
                                                     United States Magistrate Judge

1 - JUDGMENT